## UNITED STATES DISTRICT COURT

## FOR THE WESTERN DISTRICT OF LOUISIANA

## SHREVEPORT DIVISION

MAZDA RASASY                                    CIVIL ACTION NO. 14-2684-P

VERSUS                                          JUDGE HICKS

CADDO CORRECTIONAL                              MAGISTRATE JUDGE HORNSBY
CENTER

### J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, and noting the lack of written objections filed by Plaintiff and determining that the findings are correct under the applicable law;

**IT IS ORDERED** that Plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE**, for failure to prosecute, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

**THUS DONE AND SIGNED**, in chambers, at Shreveport, Louisiana, on this

1st day of _____June_____ 2016.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE